ACCEPTED
01-15-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 11:31:54 AM
CHRISTOPHER PRINE
CLERK

# NO. 01-15-00990-CV

IN THE COURT OF APPEALS
First District of Texas
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/15/2015 11:31:54 AM

CHRISTOPHER A. PRINE
Clerk

*IN RE ARNOLD & ITKIN, L.L.P., BECK REDDEN, L.L.P., ALBRITTON LAW FIRM, KURT ARNOLD, CORY ITKIN, JASON ITKIN, RUSSELL POST, FIELDS ALEXANDER, JAS BRAR AND ERIC ALBRITTON,* RELATORS

From the 11th Judicial District Court of Harris County, Texas
No. 2015-28543

## REAL PARTIES IN INTEREST'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Real Parties in Interest, Maria Santos Lopez Dominguez, *et al.*, and file this, their Unopposed First Motion to Extend Time to File Response to Petition for Writ of Mandamus and would respectfully show as follows.

### A. INTRODUCTION

1. Relators are Arnold & Itkin, L.L.P., Beck Redden, L.L.P., Albritton Law Firm, Kurt Arnold, Cory Itkin, Jason Itkin, Russell Post, Fields Alexander, Jas Brar and Eric Albritton.

2. Real Parties in Interest are Maria Santos Lopez Dominguez, Individually and as Next Friend of Karen Marien Andrade Lopez, Mairet Sameli Andrade Lopez and Imar Gerardine Andrade Lopez on Behalf of the Estate of Omar Gerardo Andrade De Los Santos; Gabriel Gonzalez Toral; Jorge Arturo Jimenez Rangel; Antonio Montero Hernandez; Juan Antonio Palafox Navarrete; Leonel Fernandez Rivera; Fernando Augusto Cervera Ramirez; Libia Arredondo Chavez; individually and as Next Friend of Jorge Ricardo Barrancos Arredondo and Pedro Santiago Barrancos Arredondo on behalf of the Estate of Jorge Alonso Barrancos Pozo; Pastor Garcia Ocana; Jorge Guzman Martinez; Aldo Antonio Lopez Lorenzo and Monica Lopez; Miguel Cobos Salas, Jose Pedro Cobos Quiroz, Oscar Romero Ortega, Sergio Rosado Cortes, Sergio Solis Ponce, Martin Zuñiga Salazar, Josefa Santos Castellano, Individually and as Representative of the Estate of Benito De Los Santos, Joel Santos Ventura, Individually and as Representative of the Estate of Benito De Los Santos, Aleli Jiminez Perez, Individually and as Representative of the Estate of Aroer May Jimenez, Tayde Maria Pozo Roble, Individually and as Representative of the Estate of Leandro Manuel Hernandez Pozo, Miguel Hernandez Chan, Individually and as Representative of the Estate of Leandro Manuel Pozo, and Eudocio Alejandro Jacome Gomez.

3. There is no specific deadline to file this motion to extend time.

4.      Real Parties conferred with counsel for Relators regarding the filing of this motion and Relators are unopposed.

## B. ARGUMENT & AUTHORITIES

5.      The Court may grant an extension of time under Texas Rule of Appellate Procedure 10.05(b).

6.      The current deadline to file the Response to Relators' Petition for Writ of Mandamus is January 4, 2016.

7.      Real Parties request an additional thirty (30) days to file their Response to Relators' Petition for Writ of Mandamus, extending the time until February 3, 2016

8.      No other extensions have been sought or granted in the instant matter.

9.      There is good cause to grant an extension of time. The response period has or will span three national holidays; Thanksgiving, Christmas, and New Year's Day.  Counsel for Real Parties have been or will be on vacation during these holidays and unable to devote the time necessary to fully respond to Relators' Petition.  Furthermore, Lance Christopher Kassab and David Eric Kassab, trial and appellate counsel for Respondents, have been (and will continue to be) occupied with the following appellate matters between now and January 4, 2016:

- Drafting and filing a Petition for Review to the Texas Supreme Court in Cause No. 14-15-00101-CV; *Ricardo G. Cedillo, Jason C. Zehner, J. Russell Davis and Davis, Cedillo & Mendoza, Inc. v. Immobiliere Jeuness Establissement*; In the

Fourteenth Court of Appeals at Houston, which is currently due on December 17, 2015.

- Drafting and filing a Petition for Review to the Texas Supreme Court in Cause No. 14-14-00731-CV; *Joseph Pressil v. Jason A. Gibson, et al.*; In the Fourteenth Court of Appeals at Houston, which is currently due on December 23, 2015.

- Drafting and filing Appellee's Response Brief in Cause No. 14-15-00602-CV; *Richard E. Nawracaj v. Genesys Software Systems, et al.*; In the Fourteenth Court of Appeals at Houston, which is currently due on January 5, 2016.

10. Accordingly, the thirty (30) day extension will allow Real Parties' counsel to complete the currently-scheduled tasks in between the Holidays of Thanksgiving, Christmas and New Years and will enable Real Parties' counsel to adequately prepare and file the Response.

11. Real Parties do not seek this extension merely for the purpose of delay, but so that justice may be done. The Parties have not identified any prejudice or harm imposed upon Relators if the Court grants this motion.

## C. CONCLUSION & PRAYER

12. For these reasons, Real Parties ask the Court to grant a thirty (30) day extension of time and enter an order extending Real Parties' deadline to file their Response to Relators' Petition for Writ of Mandamus to February 3, 2016.

Respectfully submitted,

**THE KASSAB LAW FIRM**

/ s / David Eric Kassab
**LANCE CHRISTOPHER KASSAB**
Texas State Bar No. 00794070
lck@texaslegalmalpractice.com
**DAVID ERIC KASSAB**
Texas State Bar No. 24071351
dek@texaslegalmalpractice.com
1420 Alabama
Houston, Texas 77004
t. 713.522.7400
f. 713.522.7410

**DOHERTY✹WAGNER**

/ s / Brett Wagner
**BRETT WAGNER**
Texas State Bar No. 20654270
brett@dwlawyers.com
**LARRY JOE DOHERTY**
Texas State Bar No. 05950000
larry@dwlawyers.com
**RYAN W. SMITH**
Texas State Bar No. 24063010
ryan@dwlawyers.com
13810 Champion Forest Drive, Suite 225
Houston, Texas  77069
t. 281 583-8700
f. 281 583-8701

**ATTORNEYS FOR REAL
PARTIES IN INTEREST**

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this response contains approximately 721 words excluding the allowable items. This is a computer-generated document created in Microsoft Word 2010, using 14-point typeface for all text, except for footnotes which are in 12-point typeface. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

Dated: December 15, 2015.

/ s / David Eric Kassab
David Eric Kassab

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 15, 2015, the foregoing motion was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Reagan W. Simpson
State Bar No. 18404700
rsimpson@yettercoleman.com
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Tel. 713-632-8000
Fax 713-632-8002
**Counsel for Relators**
**Beck Redden LLP,**
**Russell Post, Fields**
**Alexander and Jas Bra**r

Billy Shepherd
State Bar No. 18219700
bshpeherd@spmlegal.com
SHEPHERD PREWETT MILLER PLLC
770 South Post Oak Lane
Suite 420
Houston, Texas 77056
Tel. 713-955-4440
Fax +1 713-766-6542
**Counsel for Relators**
**Albritton Law Firm and**
**Eric Albritton**

Jeremy L. Doyle
State Bar No. 24012553
jdoyle@reynoldsfrizzell.com
REYNOLDS FRIZZELL LLP
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel. 713-485-7200
Fax 713-488-7250
**Counsel for Relators**
**Arnold & Itkin, L.L.P.,**
**Kurt Arnold, Cory Itkin**
**and Jason Itkin**

Sam Houston
State Bar No.10059550
shouston@sschlaw.com
SCOTT, CLAWATER & HOUSTON L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133
Tel. 713-650-6600
Fax 713-766-6542
**Counsel for Relators Arnold & Itkin,**
**L.L.P., Kurt Arnold, Cory Itkin and**
**Jason Itkin**

John Black
State Bar No. 24012292
jblack@dalyblack.com
DALY & BLACK, P.C.
2211 Norfolk, Suite 800

Houston, Texas 77008
Tel. 888-492-2671
Fax 713-655-1587
**Counsel for Relators Arnold & Itkin,
L.L.P., Kurt Arnold, Cory Itkin and
Jason Itkin**

/ s / David Eric Kassab
David Eric Kassab